IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Francisco Arroyo

,

Plaintiff(s),

v.

Supermercado Sanchez, Inc. et al,

Defendant(s).

Case No. 15 CV 6586
Judge Sharon Johnson Coleman

### ORDER

      Motion hearing held on 9/17/15. Defendant's counsel not present. Plaintiff's counsel reports to the court that the parties have resolved this matter. This case is dismissed without prejudice for 30 days, dismissal will automatically be with prejudice at that time. Pending motion for extension of time [8] is terminated as moot.

(T: 0:05)

Date: 9/17/2015

/s/ Sharon Johnson Coleman
Sharon Johnson Coleman
United States District Court Judge